Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

In Re: Lena Cappozzoli
Debtor

Case No.: 03−42286−RG
Chapter 7

Suzana Milutin
Plaintiff

v.

Lena Cappozzoli
Defendant

Adv. Proc. No. 03−02981−MBK                Judge: Michael B. Kaplan

**NOTICE OF JUDGMENT OR ORDER**
**Pursuant to Fed. R. Bankr. P. 9022**

Please be advised that on April 18, 2007, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 19 − 1
Opinion (related document:[1] Complaint filed by Plaintiff Suzana Milutin). The following parties were served: Plaintiff, Plaintiff's Attorney, Defendant, Defendant's Attorney. Signed on 4/16/2007. (slf, )

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: April 18, 2007
JJW: slf

James J. Waldron
Clerk